UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE SISLEMA, *et al.*,
                 Plaintiffs,

-v-

BE TEMARARIO GROUP, LLC, *et al.*,
                 Defendants.

22-CV-1720 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiffs' letter request at Docket Number 11 is granted. Plaintiffs shall file an amended complaint on or before June 14, 2022. Further, this Order takes recognition of Plaintiffs' Notice of Voluntary Dismissal at Docket Number 11 for certain defendants.

    The Clerk of Court is directed to dismiss the following defendants from this action without prejudice: (i) Be Bamba Group, LLC d/b/a Lamano Wine Bar; (ii) Lamano West Village LLC d/b/a Lamano; (iii) Light Side Crop. d/b/a The Black Ant; and (iv) L Plus L Productions, LLC d/b/a Ofrenda.

    The Clerk of Court is directed to close the motion at Docket Number 11.

    SO ORDERED.

Dated: May 25, 2022
       New York, New York

                                                   J. PAUL OETKEN
                                               United States District Judge