UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE SISLEMA and ANTONIO GONZALEZ, individually and on behalf of others similarly situated,<br><br>                                              Plaintiffs,<br><br>- against -<br><br>BE TEMERARIO GROUP, LLC d/b/a EL TEMERARIO; JORGE LUIS GUZMAN GONZALEZ, individually; and any other related entities,<br><br>                                              Defendants. | Case No.: 22-cv-1720 (JPO)<br><br>**NOTICE OF ACCEPTANCE<br>OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Plaintiffs, Katherine Sislema and Antonio Gonzalez, hereby accept and provide notice that they have accepted Defendants' Offer of Judgement dated April 7, 2023, and annexed hereto as **Exhibit A**.


Dated: Carle Place, New York
       April 10, 2023

**LEEDS BROWN LAW, P.C.**

  /s/Brett R. Cohen
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550

*Attorneys for Plaintiffs*