UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE SISLEMA and ANTONIO GONZALEZ, individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BE TEMERARIO GROUP, LLC d/b/a EL TEMERARIO; JORGE LUIS GUZMAN GONZALEZ, and any other related entities,<br><br>          Defendants. | Case No. 22-cv-1720 (JPO) |

**[PROPOSED] JUDGMENT**

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that upon Plaintiffs' timely acceptance of Defendants' Offer of Judgment made in accordance with Rule 68 of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter full and final judgment in the total amount Thirty Thousand Dollars and No Cents ($30,000.00) in favor of Plaintiffs Katherine Sislema and Antonio Gonzalez, and against Defendants Be Temerario Group, LLC and Jorge Luis Guzman Gonzalez, in full and final resolution of all Plaintiffs' claims and causes of action. This judgment amount is inclusive of any damages, costs, fees, and interest that may otherwise be had in these claims.


Dated: _____, 2023


                  _____
                  Hon. J. Paul Oetken
                  United States District Judge