## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE SISLEMA and ANTONIO GONZALEZ,
individually and on behalf of others similarly situated,

                                    Plaintiffs,

v.

BE TEMERARIO GROUP, LLC d/b/a EL TEMERARIO;
JORGE LUIS GUZMAN GONZALEZ, and any other
related entities,

                                    Defendants.

Case No. 22-cv-1720 (JPO)

---

### <u>JUDGMENT</u>

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that upon Plaintiffs' timely

acceptance of Defendants' Offer of Judgment made in accordance with Rule 68 of the Federal

Rules of Civil Procedure, the Clerk of Court is directed to enter full and final judgment in the total

amount Thirty Thousand Dollars and No Cents ($30,000.00) in favor of Plaintiffs Katherine

Sislema and Antonio Gonzalez, and against Defendants Be Temerario Group, LLC and Jorge Luis

Guzman Gonzalez, in full and final resolution of all Plaintiffs' claims and causes of action.  This

judgment amount is inclusive of any damages, costs, fees, and interest that may otherwise be had

in these claims.

The Clerk of Court is directed to close this case.

Dated: _____April 12_____, 2023


_____
J. PAUL OETKEN
United States District Judge